JOSEPHINE RAMETTA *v.* CONRAD A. STELLA ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 19 Conn. App. 223, is granted, limited to the following issues:

"1. In a tort action, does the collateral source rule apply to proceeds received by the plaintiff which are not payments in compensation for the plaintiff's injury or loss?

"2. In a contract action, must the calculation of the plaintiff's damages consider the effect of a third party agreement, subsequent to the breach, which would diminish the plaintiff's actual loss?"

*Robert M. Shields, Jr.,* and *Wesley W. Horton,* in support of the petition.

Decided September 27, 1989

STATE OF CONNECTICUT *v.* MICHAEL JENNINGS

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 265, is denied.

*Ronald D. Williams, Jr.,* special public defender, in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided September 27, 1989

GREGORY HUGHES ET AL. *v.* TOWN OF GLASTONBURY

The plaintiffs' petition for certification for appeal from the Appellate Court, 19 Conn. App. 411, is denied.

*Snow Gene Munford,* in support of the petition.

*Andrew J. O'Keefe,* in opposition.

Decided September 27, 1989